IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANKIE L. RODGERS,

    Petitioner,               No. CIV S-08-0722 WBS DAD P

   vs.

BEN CURRY, et al.,

    Respondents.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 3, 2009, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fifteen days. Petitioner has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed February 3, 2009, are adopted in full; and

2. Petitioner's May 7, 2008 motion for a stay and abeyance (Doc. No. 4) is denied.

DATED: March 11, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/rodg0722.800